UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| **WESTCROWNS, INC.** | **05-04887-8-JRL** |
| DEBTOR(S) | CHAPTER 7 |

REPORT OF UNCLAIMED DIVIDENDS

The undersigned trustee, having concluded his administration of the above estate, respectfully reports unto the Court:

1) That checks were issued to certain creditors in payment of dividends due in the distribution of the estate and check(s) to the following creditor(s) in the amount(s) reflected herein below have remained outstanding for a period of ninety (90) days.

| Name & Address | Amount |
|---|---|
| Macstir, Inc. Dba Mac Travel<br>4 Parkway Center Suite 101<br>875 Greentree Rd.<br>Pittsburgh, PA 15220 | $161.30 |

2) Pursuant to 11 U.S.C. 347 the trustee has stopped payment on said check(s) (or voided the same if returned to him by the U.S. Postal Service as undeliverable) and has forwarded said funds to the Court.

Dated: May 17, 2010

Algernon L. Butler, III.
Trustee in Bankruptcy
P.O. Box 38
Wilmington, NC 28402
(910) 762-1908

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age, and that the

REPORT OF UNCLAIMED DIVIDENDS

in the above captioned case was this day served upon the below named persons as follows:

By electronic service through CM/ECF:


By mailing, postage prepaid, first class mail, *or by certified mail return receipt requested if indicated below, or by facsimile if indicated below*, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:

Bankruptcy Administrator
Post Office Box 3758
Wilson, NC 27895-3758


Dated: May 18, 2010

BUTLER & BUTLER, L.L.P.

Ruth Dixon

P.O. Box 38
Wilmington, NC 28402
(910) 762-1908